**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST INTERNATIONAL GROUP, INC.; JEONG YONG SEO; HO GYEONG YI; DA SOM SEO; YOUNG WOO SEO,<br><br>Plaintiffs,<br>v.<br>JANET NAPOLITANO; GERARD HEINAUER; JANE ARELLANO; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 2:13-cv-04142-ODW(RZx)<br><br>**JUDGMENT FOR DEFENDANTS** |

In light of the findings of fact and conclusions of law contained in the Court's January 28, 2014 Order Denying Plaintiffs' Motion for Summary Judgment and Affirming Agency Decision (ECF No. 31), the Court **ORDERS** that judgment be entered as follows:

1. Judgment for DEFENDANTS JANET NAPOLITANO; GERARD HEINAUER; JANE ARELLANO; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES and against PLAINTIFFS ST INTERNATIONAL GROUP, INC.; JEONG YONG SEO; HO GYEONG YI; DA SOM SEO; and YOUNG WOO SEO;

2. The Court **AFFIRMS** DEFENDANT U.S. CITIZENSHIP AND IMMIGRATION SERVICES's denial of PLAINTIFF ST INTERNATIONAL

GROUP, INC.'s Form I-140 petition on behalf of PLAINTIFF JEONG YONG SEO and all PLAINTIFFS' related and derivative petitions; and

    3.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 28, 2014

                                              _____
                                                **OTIS D. WRIGHT, II**
                                         **UNITED STATES DISTRICT JUDGE**